IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:15CR200 |
| Plaintiff, | ) ) ) | ORDER TO RELEASE DEFENDANT |
| v. | ) ) | |
| AMBER BARR, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes on before the Court upon the Stipulated Motion to Review Detention filed by the Defendant herein. (Filing No. 190). The Court, having reviewed the Motion and Stipulation, does hereby find that conditions exist that will assure the Court of the Defendant's attendance at the adjudication of this matter as well as protection of the public, specifically the Defendant's participation in residential drug treatment at Santa Monica House, 401 South. 39th, Street, Omaha, NE 68131.

IT IS THEREFORE ORDERED that the Defendant is released from Federal Custody with the additional condition that she continues to participate in in residential drug treatment at Santa Monica House, 401 South. 39th, Street, Omaha, NE 68131. Should the Defendant need to change address she shall seek the approval of her Probation and Pretrial Release Officer prior to moving.

IT IS FURTHER ORDERED that the Defendant shall be transported directly to Santa Monica house by her mother, Linda Cochran.

Date and Time: 4/12/2021 11:08 am

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge